UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No 1:15CV00982

| | |
|---|---|
| MAXINE HEMPHILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION OF DISMISSAL |
| vs. ) | |
| ) | |
| BALL CORPORATION and BALL METAL ) | |
| CONTAINER CORP., ) | |
| ) | |
| Defendants. ) | |

COMES NOW the Plaintiff, MAXINE HEMPHILL and Defendants, BALL CORPORATION AND BALL METAL CONTAINER CORP., by and through their undersigned counsel, and stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Defendants herein, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The Parties further stipulate that each party will individually bear responsibility for all monetary expenditures made in litigating this action.

Respectfully submitted, this the  29th  day of July, 2016.

/s/Edward S. Schenk, III
Attorney for Defendants
N.C. State Bar No. 32917
Williams, Mullen            .
P.O. Box 1000
Raleigh, NC 27602
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
Email: eschenk@williamsmullen.com

/s/ Nancy P. Quinn
Attorney for Plaintiff
N.C. State Bar No. 16799
The Quinn Law Firm
315 Spring Garden St., Suite 1D
Greensboro, NC 27401
Telephone: (336)272-9072
Facsimile: (336)272-2289
Email: npquinn@triadbiz.rr.com